IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL LOVE, | No. C 05-3995 JSW |
| Petitioner, | |
| v. | **ORDER VACATING HEARING ON MOTION TO DISMISS** |
| JAMES A. YATES, Warden, | |
| Respondent. / | |

Defendant's motion to dismiss the habeas corpus petition as untimely is currently set for hearing on Friday, April 28, 2006 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for April 28, 2006 is VACATED. An order resolving the motion shall follow.

**IT IS SO ORDERED.**

Dated: April 18, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE