IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TERRELL LOVE,** | C 05-3995 JSW |
| Petitioner, | **[PROPOSED] ORDER GRANTING RESPONDENT'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE ANSWER** |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, respondent's request for a 30 day extension to file the Answer in this case is granted. The response shall be filed on or before September 16, 2006. Petitioner shall file any traverse or opposition within 30 days of the receipt of the Answer.

Dated: August 10, 2006

This is the final extension of time.

_____
JEFFREY S. WHITE
United States District Judge

SF2006400096
**20055650.wpd**