IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TERRELL LOVE,** | C 05-3995 JSW |
| Petitioner, | [PROPOSED] **ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 25 PAGES** |
| v. | |
| **JAMES YATES, Warden,** | |
| Respondent. | |

**FOR GOOD CAUSE SHOW**, it is **ORDERED** that respondent's oversized Memorandum of Points and Authorities accompanying the Answer to the Order to Show Cause, comprising 56 pages, be filed.

Dated: September 15, 2006

_____
JEFFREY S. WHYTE WHITE
United States District Court