IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TERRELL LOVE**, | ) C-05-3995 JSW |
| | ) FINAL |
| Petitioner, | ) [PROPOSED] ORDER |
| | ) GRANTING PETITIONER'S |
| v | ) THIRD REQUEST FOR |
| | ) EXTENSION OF TIME TO |
| **JAMES A. YATES, Warden**, | ) FILE TRAVERSE TO |
| | ) ANSWER TO PETITION |
| | ) FOR WRIT OF HABEAS |
| Respondent. | ) CORPUS |
| | ) |

GOOD CAUSE APPEARING, Petitioner's third request for a 30-day enlargement of time to file the Traverse in this case is granted. The Traverse shall be filed on or before January 13, 2006.

Dated: December 13, 2006

_____
JEFFREY S. WHITE
United States District Judge

[Proposed] Order Re: Petitioner's Third Request for Extension of Time
to File Traverse to Answer to Petition for Writ of Habeas Corpus
*Love v. Yates* – C 05-3995 JSW