IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**TERRELL LOVE**, ) C-05-3995 JSW
    Petitioner, )
) [PROPOSED] **ORDER GRANTING APPLICATION TO FILE TRAVERSE AND MEMORANDUM IN EXCESS OF 25 PAGES**
v )
**JAMES A. YATES, Warden**, )
)
    Respondent. )

**FOR GOOD CAUSE SHOWN**, it is **ORDERED** that petitioner's oversized Traverse and Memorandum of Points and Authorities in Support, comprising 77 pages, be filed.

Dated: January 16, 2007

_____
JEFFREY S. WHITE
United States District Judge

[Proposed] Order Re: Petitioner's Application to
File Traverse and Memorandum in Excess of 25 Pages
*Love v. Yates* – C 05-3995 JSW